UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| AJATI SANKOH,<br>        Plaintiff,<br>    v.<br>LUCIA HUI, et al.,<br>        Defendants. | Case No. 16-cv-03645-LB<br><br>**JUDGMENT** |

On July 13, 2017, the court granted the summary-judgment motion filed by the County defendants. Pursuant to Federal Rule of Civil Procedure 58, the court hereby ENTERS judgment in favor of Lucia Hui and the County of Alameda against Ajati Sankoh. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 13, 2017

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT (No. 16-cv-03645-LB)